## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff - Appellee, | ) |
| | ) **Tenth Circuit Nos.** |
| | ) **12-8009, 12-8010 & 12-8019** |
| v. | ) |
| | ) |
| **DANIEL GEORGE RENTERIA**, | ) |
| a/k/a William Esquivel, a/k/a | ) |
| Noe Renteria; | ) |
| **ALEX GARCIA, JR.**, a/k/a | ) |
| Hondo; and | ) |
| **MIGUEL ANGEL ORDAZ** a/k/a | ) |
| Isaias Rivera, a/k/aTomas Hueso, Jr., | ) |
| | ) |
| Defendants-Appellants. | ) |

### REPLY TO APPELLANTS' JOINT MOTION TO STAY APPEAL AND REMAND THE CASE TO THE DISTRICT COURT

**COMES NOW** the United States, by and through its undersigned counsel, Stuart S. Healy III, and in reply to Appellants' Joint Motion to Stay Appeal and Remand the Case to the District Court, offers the following:

As the United States discussed in its principal reply brief, there is no adequate record to review with respect to Appellant Renteria's *Giglio* claim. He failed to file a motion for new trial under Fed.R.Crim.P. 33. Thus, the district court had no opportunity to properly review the issue, and, consequently, this court has no record to review. Moreover, what record that does exist does not support Appellant Renteria's *Giglio* claim. Apparently, he now hopes to supply a record that will.

Putting aside the merits of the *Giglio* claim, moving forward on appeal with this particular issue would more than likely lead to a finding by this court that there is no adequate record for review, which would then prompt Appellant Renteria to file a motion for new trial, which would then likely lead to an additional appeal in any event. Thus, to stay the appeal and remand the case now would surely save judicial time and resources in the long run.

However, while philosophically the United States has no objection to the Appellants' joint motion to stay the appeal and remand the case to create a proper record, the complicating, practical factor remains that no appellant has filed a motion for new trial. Instead, on February 22, 2013, Appellant Renteria filed with the district court a "Notice of Intent to File Motion for New Trial" [Doc. 621]. While it is true

that, as Appellant Renteria observes, under Rule 33 the district court cannot *grant* a motion for new trial while an appeal is pending, it is equally true that the court of appeals cannot remand the case to the district court in the absence of any mechanism to receive the remand.

**WHEREFORE**, assuming that one of the three appellants files a proper motion for new trial based upon the alleged *Giglo* violation, the United States has no objection to this court staying the current appeal and remanding this case to enable the district court to rule on the, as of yet unfiled, motion for new trial.

**DATED** this 25th day of February, 2013.

                                        Respectfully submitted,
                                        CHRISTOPHER A. CROFTS
                                        United States Attorney

By:    */s/Stuart S. Healy, III*
        STUART S. HEALY, III
        Assistant United States Attorney
        PO Box 668
        Cheyenne, WY 82003
        stuart.healy@usdoj.gov

## CERTIFICATION

I hereby certify that the foregoing **Reply to Appellants' Joint Motion to Stay Appeal and Remand the Case to the District Court** was submitted to the Tenth Circuit Court of Appeals via ECF, that there were no required privacy redactions to be made, and the digital submission has been scanned for viruses with Trend Micro OfficeScan Client for Windows 2003/XP/2000/NT, most recently updated February 25, 2013, and, according to the program, is virus free.

*/s/Vaughna Warburton*
Office of the United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that on February 25, 2013, a true and correct copy of the foregoing **Reply to Appellants' Joint Motion to Stay Appeal and Remand the Case to the District Court** was served by electronic filing to all parties.

*/s/ Vaughna Warburton*
Office of the United States Attorney
